UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Timeless Bar, Inc. d/b/a The Press Bar and Parlor, Horseshoe Club, LLC, and Jessie Welsh,<br><br>Plaintiffs,<br><br>v.<br><br>Illinois Casualty Company,<br><br>Defendant. | Court File No: 22-cv-01685 (KMM/LIB)<br>Case Type: Declaratory Judgment<br><br>**AFFIDAVIT OF BETH A. JENSON PROUTY IN SUPPORT OF ILLINOIS CASUALTY COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS TO DISMISS JESSIE WELSH AND HER CLAIMS PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)** |

STATE OF MINNESOTA   )
                     ) ss.
COUNTY OF DAKOTA     )

**BETH A. JENSON PROUTY**, being duly sworn upon oath, deposes and states:

1. That your Affiant is the attorney representing Defendant Illinois Casualty Company in the above-entitled matter.

2. That this Affidavit is submitted in support of Illinois Casualty Company's Motion for Judgment on the Pleadings to Dismiss Jessie Welsh and Her Claims Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

3. That attached as Exhibit 1 is a true and correct copy of Plaintiffs' Amended Complaint.

4. That attached as Exhibit 2 is a true and correct copy of the Amended Complaint, Exhibit 1, the Timeless Bar Policy.

5.  That attached as Exhibit 3 is a true and correct copy of the Tolling Agreement between Illinois Casualty and Timeless Bar, Inc. d/b/a The Press Bar and Parlor and Horseshoe Club, LLC.  The Tolling Agreement was drafted by Counsel for Timeless Bar and Horseshoe Club and approved by ICC and its Counsel.

**I DECLARE UNDER PENALTY OF PERJURY THAT EVERTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT.**

Signed on July 19, 2022, in the State of Minnesota, County of Dakota.

*/s/ Beth A. Jenson Prouty*